Exhibit A – Table of Last-Observed Infringements by Defendants of Plaintiff's Copyright in the Motion Picture.

Table of Last-Observed Infringements by Defendants of Elegant Angel Inc's Copyright in the Motion Picture "REAL FEMALE ORGASMS 13," Copyright Reg. No. PA0001740861

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 108.111.181.194 | 2011-12-01 21:17:39 -0500 | Sprint PCS | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 2 | 108.15.29.92 | 2011-11-26 23:46:14 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 3 | 108.15.61.113 | 2011-12-26 21:40:43 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 4 | 108.22.246.6 | 2011-12-01 03:12:39 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 5 | 108.28.249.157 | 2011-12-22 00:49:14 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 6 | 108.40.35.235 | 2012-01-14 18:46:32 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 7 | 108.40.8.68 | 2012-01-03 00:26:23 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 8 | 173.59.249.69 | 2011-11-27 16:28:49 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 9 | 173.64.71.64 | 2011-12-23 13:13:14 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 10 | 173.66.148.104 | 2011-12-31 09:14:23 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 11 | 173.66.150.180 | 2011-11-29 19:44:43 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 12 | 173.67.2.112 | 2012-01-07 03:43:04 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 13 | 173.67.2.27 | 2011-11-18 13:56:34 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 14 | 173.67.24.164 | 2011-11-19 20:08:40 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 15 | 173.67.6.156 | 2012-01-10 09:05:07 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 16 | 173.69.197.64 | 2011-11-20 15:10:55 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 17 | 173.73.190.245 | 2012-01-01 02:58:07 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 18 | 173.79.210.114 | 2011-11-20 22:54:56 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 19 | 173.79.236.199 | 2011-12-04 19:32:49 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 20 | 24.126.68.51 | 2011-12-05 13:54:06 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 21 | 68.32.164.170 | 2012-01-03 15:04:40 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 22 | 68.33.226.206 | 2012-01-01 14:12:50 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 23 | 68.34.68.39 | 2012-01-07 20:09:36 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 24 | 68.48.11.9 | 2012-01-07 06:45:28 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 25 | 68.48.132.93 | 2011-12-31 00:36:17 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 26 | 68.48.7.19 | 2012-01-03 17:14:45 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 27 | 68.49.17.44 | 2011-12-29 21:20:39 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 28 | 68.49.193.67 | 2012-01-04 18:32:24 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
|---|---|---|---|---|---|
| Doe 29 | 68.50.186.172 | 2011-11-28 14:19:36 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 30 | 68.55.100.112 | 2012-01-01 14:55:01 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 31 | 68.55.107.158 | 2012-01-13 18:27:48 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 32 | 68.55.124.33 | 2011-12-06 10:44:43 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 33 | 69.137.231.123 | 2011-11-20 14:46:11 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 34 | 69.140.51.97 | 2012-01-01 03:07:18 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 35 | 69.143.196.159 | 2012-01-05 14:14:24 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 36 | 69.143.34.87 | 2012-01-15 19:30:50 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 37 | 69.243.96.112 | 2012-01-06 21:11:27 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 38 | 69.250.52.20 | 2011-12-11 11:31:43 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 39 | 69.251.152.241 | 2011-12-18 04:56:59 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 40 | 71.179.13.245 | 2011-12-02 14:47:07 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 41 | 71.179.171.46 | 2012-01-02 00:20:02 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 42 | 71.179.179.197 | 2012-01-08 09:36:18 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 43 | 71.179.186.114 | 2011-11-21 19:54:30 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 44 | 71.179.2.207 | 2012-01-05 11:14:41 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 45 | 71.179.98.54 | 2011-12-05 16:02:25 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 46 | 71.191.169.227 | 2011-11-18 17:29:09 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 47 | 71.191.33.82 | 2012-01-13 04:10:20 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 48 | 71.191.39.6 | 2012-01-14 21:12:56 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 49 | 71.191.53.86 | 2011-12-11 12:27:44 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 50 | 72.66.97.145 | 2011-11-26 20:10:50 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 51 | 72.81.236.106 | 2012-01-13 13:34:57 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 52 | 74.103.120.5 | 2012-01-15 01:04:58 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 53 | 74.103.4.70 | 2011-12-07 15:33:20 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 54 | 74.107.119.158 | 2012-01-15 01:46:18 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 55 | 74.60.147.50 | 2012-01-14 13:59:06 -0500 | Clearwire Corporation | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 56 | 96.231.44.72 | 2011-12-05 15:13:17 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 57 | 96.234.158.64 | 2011-11-23 14:20:01 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 58 | 96.244.8.246 | 2011-11-17 09:42:38 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 59 | 96.255.160.128 | 2011-12-04 15:10:50 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 60 | 96.255.54.23 | 2011-11-23 07:41:21 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 61 | 96.255.95.185 | 2011-11-24 04:36:45 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 62 | 96.255.99.194 | 2011-11-27 00:37:34 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 63 | 98.117.216.109 | 2011-12-06 22:39:17 -0500 | Verizon Internet Services | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |

| Doe 64 | 98.204.133.201 | 2011-12-18 01:51:33 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 65 | 98.211.119.84 | 2011-11-26 00:35:22 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 66 | 98.218.126.186 | 2011-11-16 19:40:57 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 67 | 98.231.140.51 | 2011-11-26 21:15:38 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 68 | 98.231.163.16 | 2012-01-10 23:18:36 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 69 | 98.233.180.75 | 2011-11-26 02:55:40 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |
| Doe 70 | 98.233.248.130 | 2011-11-29 17:59:59 -0500 | Comcast Cable | BitTorrent | 2a6cfb2e072ffc948933b3349fb996fa4058d5a1 |